UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELOISA ALANIZ NAVARRO,

Plaintiff,

V.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

**ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES**

CASE NUMBER: 1:21-CV-000486-EPG

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]   GRANTED

[X]   IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[ ]   DENIED, for the following reasons:

ENTERED: March 24, 2021

/s/ Erica P. Grosjean
United States Magistrate Judge Erica P. Grosjean