JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Eloisa Alaniz Navarro,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:21-cv-00486-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 13) |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 60-day extension of time, from December 28, 2021 to February 28, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  . Defendant will file Opposition brief on March 30, 2022, and Plaintiff's Reply will be filed April 14, 2022.

　　　　This is Plaintiff's first request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater

than usual number of merit briefs due in December 2021. In the Eastern District of California alone, Counsel received 47 Certified Administrative Records in November 2021.

As to merit briefs, for the week of December 27, 2021, Counsel has four merit briefs and EAJA Motions. Also, Counsel has preplanned vacation days for the Christmas holidays.

Due to Counsel's attempt to spread out the significant increase of briefs due for prior months, in the month of January 2022, Plaintiff's Counsel has 25 merit briefs.

In addition, Counsel is responsible for reviewing AC denials for possible filing in US District Court. Counsel has received an unusual and ever-increasing number of AC denials which require a review for possible filing in US District Court.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the month of December 2021 and January 2022.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause

Respectfully submitted,

Dated: December 11, 2021     PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: December 11, 2021     PHILLIP A. TALBERT
Acting United States Attorney
PETER K. THOMPSON
Regional Chief Counsel, Region IX
Social Security Administration


By:  */s/  Tina Naicker
   TINA NAICKER
   Special Assistant United States Attorney
   Attorneys for Defendant
   (*As authorized by email on  December 10, 2021)

**ORDER**

Pursuant to the parties' stipulation (ECF No. 13), IT IS HEREBY ORDERED that Plaintiff shall file an opening brief no later than February 28, 2022. The Commissioner's responsive brief shall be filed by March 30, 2022, and Plaintiff's reply shall be filed by April 14, 2022.

IT IS SO ORDERED.

Dated: __December 13, 2021__       /s/ Erica P. Grosjean
                                   UNITED STATES MAGISTRATE JUDGE