UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOISA A. NAVARRO,<br><br>    Plaintiff,<br><br>  vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:21-cv-00486-EPG<br><br>ORDER GRANTING DEFENDANT'S MOTION FOR EXTENSION TO FILE RESPONSIVE BRIEF<br><br>(ECF No. 17) |

Before the Court is Defendant's motion for an extension of time to respond to Plaintiff's Opening Brief. (ECF No. 17.) Defendant requests an extension to May 16, 2022, due to health issues, unanticipated leave, and a heavy caseload. (*Id.*) According to the motion, Plaintiff does not oppose the request. (*Id.*) This is Defendant's first request for an extension of time to file a response to Plaintiff's Opening Brief. (*Id.*)

Having considered Defendants' request, IT IS HEREBY ORDERED that Defendant's motion (ECF No. 17) for an extension of time is GRANTED. Defendant shall file a response to Plaintiff's Opening Brief by May 16, 2022. All remaining deadlines in the Scheduling Order are extended accordingly.
IT IS SO ORDERED.

Dated: **March 24, 2022**　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE