UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELOISA A. NAVARRO,<br><br>        Plaintiff,<br><br>   vs.<br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security<br>        Defendant. | Case No. 1:21-cv-00486-EPG<br><br>**ORDER GRANTING JOINT STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |

Based upon the parties' stipulation (ECF No. 21), IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation. The Clerk of the Court shall enter a final judgment in favor of Plaintiff and against Defendant, reversing the final decision of the Commissioner.

IT IS SO ORDERED.

    Dated: __June 22, 2022__                       /s/ Erica P. Grosjean
                                                                           UNITED STATES MAGISTRATE JUDGE